PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration
CASPAR CHAN
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: 510-970-4810
    Facsimile: 415-744-0134
    Email: Caspar.Chan@ssa.gov
Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| TERI GONZALES,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 1:21-cv-01269-AWI-HBK<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR VOLUNTARY REMAND** |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Date: *September 7, 2022*          PEÑA & BROMBERG, PLC

                                   By:    */s/ Caspar Chan for Jonathan Pena\**
                                   JONATHAN PENA
                                   *Authorized by email on September 7, 2022
                                   Attorneys for Plaintiff

Date: *September 7, 2022*          PHILIP A. TALBERT
                                   United States Attorney
                                   Eastern District of California

                                   By:    */s/ Caspar Chan*
                                   CASPAR CHAN
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant

                                   ORDER

IT IS SO ORDERED.

Dated:   September 7, 2022          _____
                                    SENIOR DISTRICT JUDGE